113 A.3d 267

IN THE MATTER OF JOHN M. MURRAY, AN ATTORNEY
AT LAW (ATTORNEY NO. 009171994).

May 6, 2015.

## CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–221, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14, **JOHN M. MURRAY** of **MELBOURNE BEACH, FLORIDA,** who was admitted to the bar of this State in 1994, should be reprimanded based on discipline imposed in the state of Delaware that in New Jersey constitutes violations of *RPC* 3.2 (engaging in conduct intended to disrupt a tribunal and engaging in undignified and discourteous conduct that is degrading to a tribunal), *RPC* 6.2 (seeking to avoid appointment by a court without good cause), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **JOHN M. MURRAY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.